JUDGE GETTLEMAN

MAGISTRATE JUDGE HARJANI

FILED
11/9/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EW 23-CR-595

Nov 9, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN COOK | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1)<br><br>**UNDER SEAL** |

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about April 10, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JORDAN COOK,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Sig Sauer Model P365X, 9mm caliber semiautomatic pistol, bearing serial number 66F005030, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Sig Sauer Model P365X, 9mm caliber semiautomatic pistol, bearing serial number 66F005030, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Acting UNITED STATES ATTORNEY